UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

    Dennis J, Miller, Sr.                    Bankruptcy No.21-13177-PMM


        Debtor

<u>CERTIFICATE OF SERVICE</u>

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of March, 2022, by first class mail upon those listed below:


Dennis J, Miller, Sr.
125 Wheatfield Court
Quarryville, PA  17566

**<u>Electronically via CM/ECF System Only:</u>**

MICHAEL HESS, ESQ.
1672 Manheim Pike
Lancaster, PA  17601


                        */s/ Kristen Gliem*
                        Kristen Gliem
                        for
                        Scott F. Waterman, Esquire
                        Standing Chapter 13 Trustee