**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO:   21-13177-pmm |
| Dennis J. Miller | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of August, 2022, a true and correct copy of the First Amended Chapter 13 Plan was served upon the following by electronic means and by first class mail, postage prepaid on the addresses listed below and on attached pages:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Dennis J. Miller, Sr.
125 Wheatfield Court
Quarryville, PA 17566

M&T Bank
1100 Wehrle Drive
Buffalo, NY 14240

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

    /s/ J. Katie Ortiz
    J. Katie Ortiz
    Burke & Hess
    1672 Manheim Pike
    Lancaster, PA 17601