| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-13177-PMM**

Dennis J, Miller, Sr.
125 Wheatfield Court
Quarryville  PA   17566

Petition Filed Date: 11/30/2021
341 Hearing Date: 01/11/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2022 | $350.00 | | 02/07/2022 | $350.00 | | 03/07/2022 | $350.00 | |
| 04/07/2022 | $350.00 | | 05/09/2022 | $350.00 | | 06/07/2022 | $350.00 | |
| 07/12/2022 | $350.00 | | | | | | | |

Total Receipts for the Period: $2,450.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,450.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL D HESS ESQUIRE | Attorney Fees | $2,063.00 | $0.00 | $2,063.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $14,470.35 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $16,278.66 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $2,095.77 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $10,004.94 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $10,163.52 | $0.00 | $0.00 |
| 6 | PSECU »» 006 | Unsecured Creditors | $15,641.51 | $0.00 | $0.00 |
| 7 | PSECU »» 007 | Unsecured Creditors | $9,919.93 | $0.00 | $0.00 |
| 8 | US BANK NA »» 008 | Unsecured Creditors | $1,753.23 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $7,410.55 | $0.00 | $0.00 |
| 10 | M&T BANK »» 010 | Mortgage Arrears | $27,749.87 | $0.00 | $0.00 |
| 11 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $5,859.23 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $6,359.42 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $5,428.66 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-13177-PMM**

| SUMMARY | | | |
|---|---|---|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $2,450.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | $350.00 |
| Paid to Trustee: | $196.00 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $2,254.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.