## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 21-13177-PMM |
| Dennis J. Miller | : | CHAPTER 13 |
| Debtor(s) | : | |
| vs. | : | |
| M & T Bank | : | |
| and | : | |
| Scott F. Waterman, Trustee | : | |

**ORDER**

**AND NOW**, upon consideration of the Motion for Approval of Loan Modification **ORDERED** that:

The Loan Modification Agreement attached as Schedule A, is hereby Approved. Further, the Debtor shall file an amended Plan and Schedule I and J to reflect the terms of the Loan Modification Agreement within ten (10) days. Respondent shall file an Amended Proof of Claim to reflect the terms of the Loan Modification Agreement within ten (10) days.

**Date:** _____

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**