UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>Dennis Miller<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 21-13177 |
|---|---|

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Dennis Miller has filed a Motion for Approval of Loan Modification with the court.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 06, 2022 you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    United States Bankruptcy Court
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney at:

    Michael D. Hess, Esquire
    Burke & Hess
    1672 Manheim Pike
    Lancaster, PA  17601

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held on October 13, 2022 at 11:00 a.m., United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one has filed an answer.

Dated: September 22, 2022