**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**Dennis J. Miller**<br><br>**Debtor** | **Chapter 13**<br><br>**Bankruptcy No. 21-13177** |

**CERTIFICATE OF NO RESPONSE**

The undersigned, Michael D. Hess, Esquire, attorney for the Debtor hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Approve Loan Modification, which was served upon all parties of interest on September 22, 2022.

Dated: October 8, 2022

                                                **Burke & Hess**

**By:**    **/s/ Michael D. Hess**
           **Michael D. Hess, Esquire**
           **1672 Manheim Pike**
           **Lancaster, PA 17601**
           **Phone:  717-391-2911**
           **Fax:     717-391-5808**
           **Attorney for Debtor**