United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-13177-pmm |
|---|---|
| Dennis J, Miller, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis J, Miller, Sr., 125 Wheatfield Court, Quarryville, PA 17566-9372 |
| 14686750 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14652781 | | Citi Cards/Costgo, PO Box 70272, Philadelphia, PA 19176-0272 |
| 14652789 | | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 14 2022 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 14 2022 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14652776 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 14 2022 00:26:00 | Barclays Bank, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14652780 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2022 00:38:02 | Citi Cards, PO Box 78009, Phoenix, AZ 85062-8009 |
| 14652777 | | Email/Text: cms-bk@cms-collect.com | Oct 14 2022 00:26:00 | Capital Management Services, Inc., 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14652778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2022 00:37:57 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14654601 | | Email/Text: mrdiscen@discover.com | Oct 14 2022 00:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14652782 | + | Email/Text: mrdiscen@discover.com | Oct 14 2022 00:26:00 | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14652784 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2022 00:38:07 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14652779 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2022 00:38:02 | Chase Card Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14657608 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 14 2022 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14655654 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 00:38:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14652785 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 00:37:57 | Lowes/Synchrony Bank, P O Box 530914, Atlanta, GA 30353-0914 |
| 14652786 | | Email/Text: camanagement@mtb.com | Oct 14 2022 00:26:00 | M&T Bank, 1100 Wehrle Drive, Buffalo, NY 14240 |

| Recip ID | Marker | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14666015 | | Email/Text: camanagement@mtb.com | Oct 14 2022 00:26:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14654028 | ^ MEBN | | Oct 14 2022 00:22:05 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14666804 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2022 00:38:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14652787 | + | Email/Text: bankruptcynotices@psecu.com | Oct 14 2022 00:26:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14652788 | + | Email/Text: DeftBkr@santander.us | Oct 14 2022 00:26:00 | Santander Bank, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 14653191 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 00:38:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661096 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 14 2022 00:26:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14652783 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 14 2022 00:26:00 | Elan Card Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14652790 | | Email/Text: bankruptcy_notices@wgresorts.com | Oct 14 2022 00:26:00 | Westgate Resorts, 915 Westgate Resorts Road, Gatlinburg, TN 37738 |
| 14657948 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 14 2022 00:37:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14657933 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14666239 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 28 |

BRIAN CRAIG NICHOLAS
          on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

MICHAEL D. HESS
          on behalf of Debtor Dennis J  Miller, Sr. amburke7@yahoo.com

SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 21-13177-PMM |
| | : | |
| Dennis J. Miller, **Sr.** | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor | : | |

**ORDER**

**AND NOW**, upon consideration of the Motion for Approval of Loan Modification

**ORDERED** that:

The Loan Modification is hereby Approved. Further, the Debtor shall file an amended Plan and Schedule I and J to reflect the terms of the Loan Modification Agreement within ten (10) days. Respondent shall file an Amended Proof of Claim to reflect the terms of the Loan Modification Agreement within ten (10) days.

Date: **October 13, 2022**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**