United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                        Case No. 21-13177-pmm

Dennis J. Miller, Sr.                                                                     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: admin                                           Page 1 of 3

Date Rcvd: Oct 27, 2022                          Form ID: 155                                  Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis J. Miller, Sr., 125 Wheatfield Court, Quarryville, PA 17566-9372 |
| 14686750 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14652781 | | Citi Cards/Costgo, PO Box 70272, Philadelphia, PA 19176-0272 |
| 14652789 | | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14652776 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2022 23:54:00 | Barclays Bank, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14652780 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:54:45 | Citi Cards, PO Box 78009, Phoenix, AZ 85062-8009 |
| 14652777 | | Email/Text: cms-bk@cms-collect.com | Oct 27 2022 23:54:00 | Capital Management Services, Inc., 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14652778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:54:49 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14654601 | | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14652782 | + | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:53:00 | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14652784 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:54:50 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14652779 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 23:54:43 | Chase Card Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14657608 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 27 2022 23:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14655654 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:54:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14652785 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:54:38 | Lowes/Synchrony Bank, P O Box 530914, Atlanta, GA 30353-0914 |
| 14652786 | | Email/Text: camanagement@mtb.com | Oct 27 2022 23:54:00 | M&T Bank, 1100 Wehrle Drive, Buffalo, NY 14240 |
| 14666015 | | Email/Text: camanagement@mtb.com | Oct 27 2022 23:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14654028 | ^ | MEBN | Oct 27 2022 23:48:20 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Oct 27, 2022 | Form ID: 155 | Total Noticed: 26

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14666804 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2022 23:54:45 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14652787 | + | Email/Text: bankruptcynotices@psecu.com Oct 27 2022 23:54:00 | | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14652788 | + | Email/Text: DeftBkr@santander.us Oct 27 2022 23:54:00 | | Santander Bank, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 14653191 | + | Email/PDF: gecsedi@recoverycorp.com Oct 27 2022 23:54:38 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661096 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Oct 27 2022 23:54:00 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14652783 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Oct 27 2022 23:54:00 | | Elan Card Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14652790 | | Email/Text: bankruptcy_notices@wgresorts.com Oct 27 2022 23:53:00 | | Westgate Resorts, 915 Westgate Resorts Road, Gatlinburg, TN 37738 |
| 14657948 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Oct 27 2022 23:54:49 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14657933 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14666239 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | on behalf of Debtor Dennis J. Miller Sr. amburke7@yahoo.com |
| SCOTT F. WATERMAN (Chapter 13) | |

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Oct 27, 2022 Form ID: 155 Total Noticed: 26

    ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dennis J. Miller, Sr.
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−13177−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 27th day of October 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

49
Form 155