Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-13177-PMM**

Dennis J, Miller, Sr.  
125 Wheatfield Court  
Quarryville  PA    17566

Petition Filed Date: 11/30/2021  
341 Hearing Date: 01/11/2022  
Confirmation Date: 10/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $350.00 | | 09/08/2022 | $350.00 | | 10/07/2022 | $350.00 | |
| 11/07/2022 | $350.00 | | 12/07/2022 | $350.00 | | 01/11/2023 | $350.00 | |
| 02/07/2023 | $350.00 | | 03/07/2023 | $350.00 | | 04/07/2023 | $350.00 | |
| 05/08/2023 | $350.00 | | 06/07/2023 | $350.00 | | 07/10/2023 | $350.00 | |

**Total Receipts for the Period:  $4,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BURKE & HESS | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $14,470.35 | $554.85 | $13,915.50 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $16,278.66 | $624.22 | $15,654.44 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $2,095.77 | $67.67 | $2,028.10 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $10,004.94 | $383.65 | $9,621.29 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $10,163.52 | $389.74 | $9,773.78 |
| 6 | PSECU »» 006 | Unsecured Creditors | $15,641.51 | $599.76 | $15,041.75 |
| 7 | PSECU »» 007 | Unsecured Creditors | $9,919.93 | $380.38 | $9,539.55 |
| 8 | US BANK NA »» 008 | Unsecured Creditors | $1,753.23 | $56.65 | $1,696.58 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $7,410.55 | $284.16 | $7,126.39 |
| 10 | M&T BANK »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $5,859.23 | $224.67 | $5,634.56 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $6,359.42 | $243.85 | $6,115.57 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $5,428.66 | $208.19 | $5,220.47 |

Chapter 13 Case No. 21-13177-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,000.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $6,080.79 | Arrearages: | $0.00 |
| Paid to Trustee: | $577.47 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $341.74 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.