| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-13177-PMM**

Dennis J, Miller, Sr.
125 Wheatfield Court
Quarryville  PA    17566

Petition Filed Date: 11/30/2021
341 Hearing Date: 01/11/2022
Confirmation Date: 10/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $350.00 | | 09/08/2023 | $350.00 | | 10/10/2023 | $350.00 | |
| 11/07/2023 | $350.00 | | 12/07/2023 | $350.00 | | 01/09/2024 | $350.00 | |
| 02/07/2024 | $350.00 | | 03/07/2024 | $350.00 | | 04/08/2024 | $350.00 | |
| 05/07/2024 | $350.00 | | 06/07/2024 | $350.00 | | 07/09/2024 | $350.00 | |

**Total Receipts for the Period: $4,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BURKE & HESS | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,470.35 | $1,118.06 | $13,352.29 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $16,278.66 | $1,257.87 | $15,020.79 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,095.77 | $161.85 | $1,933.92 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $10,004.94 | $773.12 | $9,231.82 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $10,163.52 | $785.35 | $9,378.17 |
| 6 | PSECU<br>»» 006 | Unsecured Creditors | $15,641.51 | $1,208.55 | $14,432.96 |
| 7 | PSECU<br>»» 007 | Unsecured Creditors | $9,919.93 | $766.49 | $9,153.44 |
| 8 | US BANK NA<br>»» 008 | Unsecured Creditors | $1,753.23 | $135.49 | $1,617.74 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $7,410.55 | $572.60 | $6,837.95 |
| 10 | M&T BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $5,859.23 | $452.70 | $5,406.53 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $6,359.42 | $491.40 | $5,868.02 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $5,428.66 | $419.54 | $5,009.12 |

**Chapter 13 Case No. 21-13177-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,200.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $10,206.02 | Arrearages: | $0.00 |
| Paid to Trustee: | $993.97 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.