| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 21-13177-PMM

| | |
|---|---|
| Dennis J, Miller, Sr. | Petition Filed Date: 11/30/2021 |
| 125 Wheatfield Court | 341 Hearing Date: 01/11/2022 |
| Quarryville  PA     17566 | Confirmation Date: 10/27/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | $350.00 | | 09/10/2024 | $350.00 | | 10/07/2024 | $350.00 | |
| 11/07/2024 | $350.00 | | 12/10/2024 | $350.00 | | 01/10/2025 | $350.00 | |
| 02/10/2025 | $350.00 | | 03/10/2025 | $350.00 | | 04/10/2025 | $350.00 | |
| 05/12/2025 | $350.00 | | 06/10/2025 | $350.00 | | 07/11/2025 | $350.00 | |

**Total Receipts for the Period: $4,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BURKE & HESS | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $14,470.35 | $1,650.75 | $12,819.60 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $16,278.66 | $1,857.17 | $14,421.49 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $2,095.77 | $238.99 | $1,856.78 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $10,004.94 | $1,141.47 | $8,863.47 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $10,163.52 | $1,159.54 | $9,003.98 |
| 6 | PSECU »» 006 | Unsecured Creditors | $15,641.51 | $1,784.37 | $13,857.14 |
| 7 | PSECU »» 007 | Unsecured Creditors | $9,919.93 | $1,131.67 | $8,788.26 |
| 8 | US BANK NA »» 008 | Unsecured Creditors | $1,753.23 | $200.03 | $1,553.20 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $7,410.55 | $845.44 | $6,565.11 |
| 10 | M&T BANK »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $5,859.23 | $668.42 | $5,190.81 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $6,359.42 | $725.53 | $5,633.89 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $5,428.66 | $619.43 | $4,809.23 |

**Chapter 13 Case No. 21-13177-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,400.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $14,085.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,314.19 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.