Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Dennis J. Miller, Sr.
125 Wheatfield Court
Quarryville, PA 17566

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 21-13177-PMM**

Petition Filed Date: 11/30/2021
341 Hearing Date: 01/11/2022
Confirmation Date: 10/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $350.00 | | 09/10/2025 | $350.00 | | 10/13/2025 | $350.00 | |
| 11/10/2025 | $350.00 | | 12/10/2025 | $350.00 | | 01/12/2026 | $350.00 | |
| 02/10/2026 | $350.00 | | 03/10/2026 | $350.00 | | 04/10/2026 | $350.00 | |
| 05/11/2026 | $350.00 | | 06/10/2026 | $350.00 | | 07/10/2026 | $350.00 | |

**Total Receipts for the Period: $4,200.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $19,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BURKE & HESS | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,470.35 | $2,184.13 | $12,286.22 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $16,278.66 | $2,457.16 | $13,821.50 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $2,095.77 | $316.19 | $1,779.58 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $10,004.94 | $1,510.24 | $8,494.70 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $10,163.52 | $1,534.18 | $8,629.34 |
| 6 | PSECU<br>»» 006 | Unsecured Creditors | $15,641.51 | $2,360.91 | $13,280.60 |
| 7 | PSECU<br>»» 007 | Unsecured Creditors | $9,919.93 | $1,497.31 | $8,422.62 |
| 8 | US BANK NA<br>»» 008 | Unsecured Creditors | $1,753.23 | $264.60 | $1,488.63 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $7,410.55 | $1,118.62 | $6,291.93 |
| 10 | M&T BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $5,859.23 | $884.37 | $4,974.86 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $6,359.42 | $959.88 | $5,399.54 |

**Chapter 13 Case No. 21-13177-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $5,428.66 | $819.51 | $4,609.15 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,600.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $17,970.10 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,629.89 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.