# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Dennis J. Miller Sr**<br>  **Debtor(s)**<br><br>**M&T Bank**<br>  **Movant**<br>    vs.<br><br>**Dennis J. Miller Sr**<br>  **Debtor(s)**<br><br>**Scott F. Waterman,**<br>  **Trustee** | **BK NO. 21-13177 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 10, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Dennis J. Miller Sr
125 Wheatfield Court
Quarryville, PA 17566

<u>Attorney for Debtor(s)</u>
Michael D. Hess, Esq.
BURKE & HESS
1672 Manheim Pike (VIA ECF)
Lancaster, PA 17601-3028

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100 (VIA ECF)
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>November 10, 2022</u>

        **/s/Michael P. Farrington, Esq.**
        Michael P. Farrington, Esq.
        Attorney I.D. 329636
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        (215) 825-6488
        mfarrington@kmllawgroup.com